UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
DISTRICT COURT


CRIMINAL PROCEEDINGS:    Evidentiary Hearing


DISTRICT JUDGE: David C. Nye                          DATE: July 14, 2023
DEPUTY CLERK: Patti Richmond                       PLACE: Boise, ID
REPORTER: Anne Bowline                              Time: 9:00 – 10:42 (1 hr 42 min)
                                                                      11:03 – 12:30 (1 hr 27 min)
                                                                      12:51 – 3:10 (2 hr 19 min)
                                                                      3:23 – 4: 09 (46 min)
                                                                      (Total time 6 hrs 14 min)


UNITED STATES OF AMERICA v. JONATHAN DILLARD
CASE No. 1:15-CR-170-DCN


Counsel for Plaintiff: Kassandra McGrady
Counsel for Defendant: Joshua B. Taylor


(X) Court history.
(X) Government called Crystal Laleman, who was sworn and testified.
(X) Government called Marcy Peters, who was sworn and testified.
(X) Court took recess.
(X) Government called Whitney Jo Sanchez, who was sworn and testified via zoom.
(X) Government rested.
(X) Mr. Taylor advised the Court that the Defendant would like to testify via letter rather than
testimony and cross examination. Government had no objection. Defendant, Jonathan Dillard, was
sworn and informed of his constitutional rights not to testify. After discussion, the Defendant
waived his 5th amendments right and agreed to testify.
(X) Defendant called Ladette Ruplinger, who was sworn and testified via zoom.
(X) Defendant called Matt Posloszny, who was sworn and testified.
(X) Defendant called Anthony Alexander Upshaw, who was sworn and testified.
(X) Court took a recess.
(X) Defendant called Darcy Cook, who was sworn and testified.
(X) Defendant called Erik Malm, who was sworn and testified.
(X) Defendant called Nicole Wagoner, who was sworn and testified.
(X) Defendant called Michael Dillard, who was sworn and testified (no questions were asked)
(X) Defendant called Daniel Scott Dillard, who was sworn and testified.
(X) Defendant called Elizabeth Terrill, who was sworn and testified.
(X) Defendant rested.
(X) Court took a recess.
(X) Government recalled Crystal Laleman, who was reminded she was still under oath.

(X) Defendant recalled Defendant, Jonathan Dillard. In lieu of testimony, parties agreed to submit a written letter as exhibit T.
(X) Government rested on the evidence without closing argument.
(X) Defendant gives closing argument.
(X) After hearing oral argument, the Court took the matter under advisement with a written decision to be forthcoming.


Government's Witnesses
Crystal Laleman
Marcy Peters
Whitney Jo Sanchez


Defendant's Witnesses
Ladette Ruplinger
Matt Posloszny
Anthony Alexander Upshaw
Darcy Cook
Erik Malm
Nicole Wagoner
Michael Dillard
Daniel Scott Dillard
Elizabeth Terrill


Government's admitted exhibits
#1 – Judgment in Case 0976 1:15CR00170-001
#3 – Email String from Mandy Arnold
#4 – Letter from Counselor – Treatment Services – Officer Console
#5 – Email from Marcy Peters


Defendant's admitted exhibits
#A – Letter from Darcy Evans, DNP
#B – Letter from Ladette Ruplinger, Revitalize Counseling Center
#C – Email from Collin Starry
#I -  Letter from Ladette Ruplinger
#J -  Letter from Ladette Ruplinger
#K – Letter from Ladette Ruplinger
#L – Authorization for Disclosure of Information from Ladette Ruplinger
#M – Letter from Victoria M. Loegering
#N – Letter from About Balance Mental Health
#D – Memorandum from Erik Malm
#E – Letter from GPS Psychology and Anxiety Clinic
#O – Phone log - Lively

#P – Phone Log Call History
#Q – Phone Log Call History
#R – Phone Log Call History
#S – Phone Log Call History
#T – Letter from John Dillard
#F – Letter from Idaho Department of Health & Welfare
#G – Declaration of Christina Barnes
#H – Kuna Counseling Center Letter