UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>JONATHAN DILLARD,<br><br>　　　　　　Defendant. | Case No. 1:15-cr-00170-DCN<br>USCA No. 23-1810<br><br>**ORDER APPOINTING CJA COUNSEL** |

Because the above-named has testified under oath or has otherwise satisfied the court that he is financially unable to employ counsel and do not wish to waive counsel, and because the interests of justice so require,

IT IS HEREBY ORDERED that Dennis Benjamin, CJA attorney for the District of Idaho, is appointed to represent this defendant in the appeal proceedings before the United States Court of Appeals for the Ninth Circuit.

DATED: August 29, 2023

David C. Nye
Chief U.S. District Court Judge