Arose Request, as Joshua said Joshua said 8/31/23 he is coward 8/31/23

United States Courts
District of Idaho
Compassion Please!

United States of America
Plaintiff

v.

Jonathan Dillard
Defendant

Case No: 1:15-CR-170-DCN
Compassionate
Release Request
Due to Extreme
Chronic Health
Issues and sudden
Move to SeaTac
Federal BOP where
the cell next to
me is Active
with Covid-19.

Here now comes Jonathan Dillard, Defendant for temporary Pro Se, as my lawyer Joshua Taylor has said too bad about my situation; He already withdrew - I said this could kill me with my pneumonia, right now, I am being so sick and that

Keep collapsing due to how weak I am and this off the FBOP cue I have been transferred for serious unknown reasons to sentences and refusing to give me the oxygen a such and the inmates with active COVID-19 in the cell next to me sir.

I don't even stand what I did so bad to deserve this horrible pain no medical care at all now. when sir, why? and COVID-19, I been scheduled to see new pulmonologist due to fluid on my lungs so try to stuff not hard as the doctor realized I did have a CT I was first time in. The triage scan all own

in her hands, I lost 23 lbs
in 12 days. I started at
243 lbs. Now at 185 lbs.
I'm still very sick,
I thought I only had
cancer. Then I was done.
I don't understand.
I saw a whole lot
of bad sides & did
not file too. I don't
understand any of that.
Josh said he did
save on my behalf –
8/15/23               Like I said.
          I need despite
help 852. I find out still
had talked before
as I wanted written
full comprehensive lawsuit
real and testify for the
Autism cause, I don't
know why they said no
to that often. But
Now its all toss cause.
       Please. I beg that
the courts, and my

PS. Make sure Cunningham, my Brother Michael Ballard 808-501-9529 #2 of my POA's and my sister Elizabeth Tecwill can tell you and can confirm what I say is true. I don't understand why I am Hated so much. Please let it Be that we call this the screwed; As long as union my medicate Release, I get this COVID! I hope now - I am sure taken care it scary - know get healthy to make the govern need to any for that test LFF if likes then Tekamouke sciences sic. I am 56 yrs old, really Extremely ill who Brought Here to Seattle But in Washington, I have Diabetes type II, COPD, I injured lower back prematurely

inter [illegible], I lost 23 lbs.
in 12 days. I started at
243 lbs. Now at 185 lbs.
I'm so [very] sick.
I thought I only had
[cancer] then I was done.
I don't know [still].
I saw a whole lot
of new sites I don't
[and] file too. I don't
[understand] any of that.
Josh [as] said he [did-et]
[gone] for my behalf —
8/15/23           Like, I said.
                  I need despite
help         also. I [feel] all [that]
he'd         talked before
a) I wanted [action]
full         comprehensive [lawsuit]
[trial]      and testify for the
Autism       [cause], I don't
[know] why they [seem] so
to  that often, But
[know] it's all toss cause.
[Please], I beg that
the courts [hear] my

Have sores, I don't have kernal failure, I have hep kidneys, suffer a absense of kards, caused by new letter that makes it work less, at 50% only, I have a UTI confirmed at Health county send for care 4 months raw, Lungs are full of fluids flu fly sudden here to freeze; or Wedsday. I don't understand. They refuse to crro provide the oxygene or Any thing. Ignore Covid-19 is very active in this dorm.; Pluse I Beg. Please Help. Please.

10080-003   Jonathan Pollard
            8/24/2023

Mgt #1. P.O.A. Elizabeth Terrill
908-213-1914

Our address is
1631 Mc Kenmmer Ave.
Kuna, Id. 83634

Michael Dillard #1 P.O.A.
11004 W. Edna
Boise, Id. 83713
208-501-9529

Please, No more Hate.
Please.
Call, if good push
Sit me to come home
immediately, Please.