U.S. COURTS
SEP 05 2023
Rcvd____ Filed____ Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

U.S. States Court of Appeals
For the Nineth Circuit
OR
United States Courts
District of Idaho

United States
Plaintiff
　　v.
Jonathan Dillard
Defendant

NO: 23-1810
CASE NO: 1-15-CR-00170-DCN

Request to Expedite Motion For Compassionate Release, And to Appoint Federal Defenders of Idaho For this Specific Task or Representation)
Oh I have Cause B/Cause!

Here Now Comes Jonathan Dillard, Defendant. By now you are aware that Joshua Taylor has withdrawn from Counsel through the Appellate Courts, And Thankfully is No longer my Attorney.
As I stated Before, But I went un heard; Joshua Taylor I attempted to fire' so many times But it was like Nothing

sent out through; Joshua B. Taylor ISB # 738 is also a was 8 years ago the Prosecuter for the Attorney Generals office same as this is. Cloyd; It was Joshua who pushed for my conviction then at that trial, 2013-2014 through the U.S. District Attorney's office. I confronted him on the Duty, he confirmed this. I told him I would be filing my own Appeal and telling the Courts.

So I have; I mailed off my own Appeal Requesting that to be done under Rule 36(b) 26.4 of U.S. Supreme Court, and Case Law Napal v. Illnois 1959 U.S. Supreme Court. On that Date Joshua fired back at me, Like "Hell you are. I'll have you Trusted out of here. Be true Next." Days later I am here, at

Federal Detention Center, In Seattle, WA. They have no records of me at all. I'm sure that they have denying me my oxygen, or my medications. They have switched all over this facility now have me in Unit EA cell 21 where Covid is very prominate.

I came in with open soars on my inner thighs, A UTF and fluid on my lungs, on top having COPD, and Emphazema with nodules on my lungs that have begun to grow. I have Cardiovasular Desease and Diabetes type # insulin dependant. My medical records were not allowed to come with me. They womaryins Professed the Airplane does not allow paper. So I receive nearly no medical. I should not have been cleared

for travel; Covid is Receiving Bad in this place. In this situation it would Believe that I Qualifye to have my Request for A Compassionette Release Expedited. I feel as though I also have the COVID already also. As I have the Runny Nose, Sore throat, weak feelings. And Light headedness. I have started the process here also, see a copy of it Attached. Please Allow this;

I am unsure of what all Mr. Taylor has done or Filed; But he has not even done Anything on my behalf a my consent, nor was he interested in doing so.
Thank you

8-28-23          Jonathan DeClaref

I Requested the
Federal Defender
Services to handle
my motion for
law commission release
prior to defense benefits
knee. peter to stick
with them my defense
medical of court
he already established
can succeed also with
its other clients himself
so I ask to have
step aside on that
to allow federal defender
services of Idaho
at 702 W. Idaho St, ste 1000
Boise, Idaho be so
appointed specifically
for this task
Kindly
Federal Detention    Sincerely
Center            Jonathan A DeMarco
                  10080-023 - EA - 21
                  PO Box 13900
                  Seattle, WA. 98198-1090

*[signature]*
8/30/23