RE: 1:15-CR-00170-DCN -Compassionate Release/

TRULINCS 10080023 - DILLARD, JONATHAN FREDRICK - Unit: SET-E-A

---

FROM: 10080023
TO: Chaplain
SUBJECT: ***Request to Staff*** DILLARD, JONATHAN, Reg# 10080023, SET-E-A
DATE: 09/12/2023 08:13:21 AM

U.S. COURTS
SEP 18 2023
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

To: chaplin services
Inmate Work Assignment: unassigned

I, Jonathan Dillard, 10080-023, FDC Sea-Tac, upon 9/5/2023 could not of summitted any motion for compation release, as I did noteven finish writing up my motion for the compantion release with the wardens response until 9/8/2023, and forthe courts to have that before I wasfinished writing it is noit possible. I did send the appeal courts a demand forthe dismisal of the cuurent attorney Nr. Benjamin, unless that is what you have, I have nota clue, and I requset that the mtion be disgarded as not doen with my approval. For further notices, I jonathan Dillard will not summitt anytihng to these district courts without it being cerifyed. If it is not as such then more than likely itis not by me or by my approval, and it i not to be accpeted unless asignedathoriuzed notice of approval has been attached by me for its accettence. Please disregard current motion for compasntionet release, as I have not sent my motion yet, it was just finished and sentoffby cerfiyed mail to be signed by the ju87dge Nye and the Us district attorney, of the actual mnotion for a compantion release. Again, not sure why this occerred but it isnot acceptable to me, or approved by me, and was not done with my knowledge.. I have sent off another request as of 9/11/2023 top the appeals courts for an approiate attorney to be appointed for any further actions and ot have Denise termianted apporaitely and ask these courts to also honor my requset forthat action please, as outlined in the motion mailed on 9/11/2023 for hi removal anmd a new attorney tobe apointed. My motion for the compantion release is still ion route, d beijg sent by certifyuerd mail to both the district courts and the US attorenys office, Please disregard what ever it is you have for that comapntion release at thuis time, not by me nor appropvced by me oto be summitted. Thank you. Joanthan Dillard, 9/12/2023

Jonathan
Dillard
9/12/2023

Again, I insisted during a phonecall this morning to Denise B. for his resignation Immediatly. He has selective hearing and disregards what I tel him has been occurring as mr A discriminatory relations of his and his behavior towards me which also is not acceptance for my lawye. Mr. Stephen Kenyon - Joshua Taylor is no longer my lawyer either. This better be scanned to the Judge Nye immediately.

Furthermore, I have filed for criminal charges and suite of malpractice against Joshua Taylor in Kane County, upon 7/20/03.

Also having Security Cameras unlimited to the Seduck Database as he works. Also as the proo seecher for the Attorney Generals office is carrying serious issues with the Sexce System and Mrs. B. Cloyd. I demand warrants be issued for their arrest.

Thank you

Samantha Dillard
9/12/2003

How is it that I sent an Brief on my Appeal and these courts did not Receive it, so to say, they did Receive it so did the US Attorneys office. I was Rejected as I mailed sent to Joshua T. who was no longer my attorney, by Mr. Keenen, get court I couldn't send to you, I sent cha whole to Samantha as I sent it to you.

Judge Nye,

Please disregard this motion. I have not sent any motion to these Courts - District Courts for my Complete Release as yet. I didn't even finish writing it up until 9/8/2023. Nothing I sent to the Appeals Courts was my motion to the District Courts. None done with my Approval at all. These Refused to discuss this issue so I canceled his Resignation Effective Immediately.
Thank you. For Incompetence and Irresponsibility, Discriminatory Attitudes and Behaviors, and Conflicts of Interest!
Thank you —
Sent 9/11/2023