U.S. COURTS
SEP 18 2023
Rcvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

15-cr-170

Compassionette
Release Expedited
Request By Sowinthawel
Millard / 9/12/2023

After Recieving notice
of Mr. Baregamos Withdraw
from my and copies of what
the District Courts Are going
By, my Apoligys, and
Sincere thanks for your
patents and Understanding.
I pray I learned
Enough of what your trying
to teach here...

U.S. COURTS
SEP 18 2023
Rvd____Filed____Time____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

United States Courts
District of Idaho

United States
Plaintiff   Case No. 1:15-CR-00170-DCN

vs.

Jonathan Dillard
Defendant

Motion to compromise of
Release / Expedited /
Attorneys withdrew / yeah!
Please Appoint Proper Attorney

RE: 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
RE: Case No. 1-22-cv-0096
Case No: 1-23-cv-00337
RE: 1-23-cv-339
RE: aclu-1-23-cv-00214

Remands for this motion
And / or Appeal to 2
sent Request in to file
Appeals Courts for an
9/11/2023 ts4to Appeal
Courts:

Here now, comes Jonathan Dillard,
Defendant, and in motion for
compassion, I am still appealing
my verdict, as Joshua Triplet
was in fact the prosecuting
Attorney 8 years ago to get me
indicted for the today
and deliberated made sure
I was found guilty of adultery
he is the one he found

Making good on the threats
by Kris Cloyd out to
Good out per case No. 1-22-cr-
00286 BLW; And I figure
Please Refer to that case
briefly and study those
Documents you'll retrieve from
my trial and the courts
proceedings went very
similar to what is
Good out as the threats by
Kris Cloyd. of Id. Attorney General's
Office, Just as Joshua B. Taylor
on 8/20/2023 admitted to me
he made happen.

Stranger yet is
that Kris B. Cloyd and Joshua
B. Taylor have the same
Security Clearance for
the Judicial systems not
working NATs Bates / ABA
ISB# 738 &

Joshua Taylor definitely
sabotaged my defense; JR
I am unsure of what
keeping me here to ~~suffer~~
JR

the threats of which is laid out by Ross B. Cloyd of Fed. Attorney General's office in my civil case No. 1-22-cv-286-BLW. As you can tell by studying the documents of the threats made by both the ANA Security Shifts Sergeant In Charge - John Doe - AKA Sgt. TrueNH All tied up to your Decision on 8/16/2023 Your honor Judge Bruye is all planned out ahead of time and meaning good by - According to Josh T - by Joshua B. Zupher (our mover - Same IDB# 738A) Ross jhe said need to sue the prosecutor for my indectencintation 2013-2014. (Here is a small list of what was that he clementary did not sell a do you has Request. The contract for my arrest on 5/18/2023

Based off of a Fortress Court order that does not exist in our Homicide Courts; The Petition for my arrest is for not following a Court order to perform new P.O. that I have updates and are enrolled into the services of counseling, By written notice only. That is not what the Court ORDER says at all. It says I am to react to the original Court order Court as I react Inform my P.O. by one of (3) three ways; Phone E-mail or In writing. My P.O. admitted on 6/5/2003 hearing I did tell her by phone and text on 5/11/2023. The arrest was false.

The witnesses of the Prosecutor DA, gave a total false testimony, yet it was allowed.

I filed our more for aggressive assault by way of perjury.

Judge Ti no longer refused to bring that up.

Please yall know the ultimate of all this bar is tires all of you, please.

The Judge on 8/16/2023 you were handed an affidavit sir from Elizabeth Jewell proving that all the other affidavits accepted 72-79 they are all legitimately from the people who signed them that I want a deal to sign the original plea agreement

Scott Cole 2 such, on 2/18/2016 as I was getting Medical procedures done sir.

I'm not guilty and those likely are not mentally cofitne either sir.

I can also by adding Rule: If this cw to be Also Allowed A case to envoke Rule 3(c5) 22e4 of U.S. Supreme Court to Reverse your decision and Vacate the original Conviction (two cited Rules 112.1(12.2) and 34.(a) sir and combine Both Cases: 1-15-cr-00170 and Cases - 1-22-cr-00286 the polygraphic is true, the letter finerse HAN of way they hed me co fact polygraph 7/26/21 and the polygraphers

Honorable Concerti:

Have I learned all you have desired me too yet? Please, what more is there to learn or teach others by cause to deprive me further of my right to live a healthy in sufficiency life to receive the medical care I need?

I trust no one as it is, so is make signature a few things. The only trust I am is to the people I actually told on in past two weeks.

In Closing Please

In not my Request
Provide me A Lawyer If need
Be Please, Is concern You
Have left to teach me court
ney take a Risking my life
Further..?

Tell my truly ~~teeth~~
Family need rep
Power of Attorney's ~~208-501-8589~~
Michael Powell
208-501-9529

1164 W. E Cent $813
Boise, Id. 83813
And my sister P.O.A. At one
Elizabeth Powell
to can get me please
Release two! Thk you,
Jasthin-Powel
9-13-2003

RE: NO. 23-1810

TRULINCS 10080023 - DILLARD, JONATHAN FREDRICK - Unit: SET-E-A

----

FROM: Warden
TO: 10080023
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/28/2023 12:37:02 PM

This is in response to your Inmate Request to Staff regarding Health Serivces.

Communication has been made with the Health Services Administrator and the Assistant Health Services Administrator in order to note your concern.

----

From: ~^! DILLARD, ~^!JONATHAN FREDRICK <10080023@inmatemessage.com>
Sent: Sunday, August 27, 2023 7:45 AM
Subject: ***Request to Staff*** DILLARD, JONATHAN, Reg# 10080023, SET-E-A

To: warden
Inmate Work Assignment: unassigned

I am Jnathan Dillard, I was sentnced to 6 months at the asda county jail, and had already done 3 months, I had confronted my lawyer on 8/20/23 abut somwe ilegal activity that would disqaulifye my lawyer; Joshua Taylor from being my lawyer and trun the whole case to my favor, and when dsone conbfronting hom on sunday last, the 20th I said Iwas going to tell the courts an dget my case dismissed all together , he said "Like hell you are. I'll have ypou transfered beforer that hapens. 2 days later I am here and the US district courts of Idaho were noit aware as the move was not athorized and now your recoreds are screwed up for me and I amndeprived of all my medical care needs such a oxygen. etc. There is no RN Jacob at the ada county jail to giove medical clearnce. Plesaer infrom the Courts and my family also my POA. Micheal Dilard 208-501-9529 in Bise, idaho as I said my brither has been in cointact with the courts over there and thius is what I was tod to do. Get mne hojme, or bette yet to a hspital as you havce covid sevreally here in our unit EA-21.

I did file mal practice suite in July 2023 9-1-23 on Joshua Taylor. Noone to the courts would listen two open every two open court.

John Atcheson Dillard

TRULINCS 10080023 - DILLARD, JONATHAN FREDRICK - Unit: SET-E-A

----------------------------------------------------------------------------------------

FROM: Warden
TO: 10080023
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/29/2023 12:47:02 PM

This is in response to your Inmate Request to Staff regarding a request for Compassionate Release.

Your request is noted and will be forward to the Warden for review to start the process.

---

From: ~^! DILLARD, ~^!JONATHAN FREDRICK <10080023@inmatemessage.com>
Sent: Tuesday, August 29, 2023 6:44 AM
Subject: ***Request to Staff*** DILLARD, JONATHAN, Reg# 10080023, SET-E-A

To: warden
Inmate Work Assignment: unassigned/disabled

here now comesJonathan Dillard, 10080-023, EA-21 inrespect to my requset for an compantionete release,I ask that it be expedite as I am required to have medical durable equipment, such as my oxygen that I am not recieving here,and my corectmediactioneven for my diabetes is not getting corectedin a very qucik mannner as having oxygen while i am lying down is vital to my life sustaining ability and so much more.I again urge the expedtion of my compationate rel;ease be expedited as again I remind you of the covidactibve cellsin this unit, EA and I also have other health concerns such as my heart CVD. and diabetes and I am Not even supposed to be here, as I was senteeeeeeeeenced to 6 monhts at the ada county jail on 8/16/2023by the honorable JUdge NYewith time served that I had alreday dine therte as my medioaclis all there and I ahd come here woith a UTImof 3 moitnhs before they cought it and my lungs fullof fluids and was shceduledoto seemy pulomoligist last week. thank you. J. Dillard

RE: NO. 23-1810

TRULINCS 10080023 - DILLARD, JONATHAN FREDRICK - Unit: SET-E-A

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 05 2023

FILED
DOCKETED _____
DATE _____
INITIAL

FROM: 10080023
TO: Warden
SUBJECT: ***Request to Staff*** DILLARD, JONATHAN, Reg# 10080023, SET-E-A
DATE: 08/30/2023 07:46:53 PM

To: Warden
Inmate Work Assignment: unassigned/disabled

Now comes Jonathan F. Dilard, to reasses the compantionete release and my train ofv thougfht as I only have less than 3 months from a 3 - 6 month term of a pv. violation conviction than to terminate my supervision all together, as I have already done the msajoity oif such while at Ada county jail, 7210 Boise, ID. 83704 and most of it i have been extremely ill but i have leaned the lessoins needed and to confirm as such , for to consider this also in with the compnasionete release request started on 8/265/2023 that time be considred as served and I can get home get well and have a final touch done as to do what my po nd i had discusse befdore but lawyer wouyld not allow is t have a completelky new dignostic assesment /not foresnic but mental health and than tsting for autrism by a reconized neuropsychologist by the us gov than time sreved comlleted asnd all supewrvisdsion terminated oif trhat will help get me home sooner for you guys too. thsank you sincerely, Dr. kjJonathsan Dilard, PhD. of relgion. thnks.

*[signature: Jonathan Dillard 9-1-23]*

RE: No. 23-7370

TRULINCS 10080023 - DILLARD, JONATHAN FREDRICK - Unit: SET-E-A

----

FROM: Warden
TO: 10080023
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/28/2023 12:27:05 PM

This is in response to your Inmate Request to Staff regarding a request for Compassionate Release.

Your request is noted and will be forward to the Warden for review to start the process.

----

From: ~^l DILLARD, ~^lJONATHAN FREDRICK <10080023@inmatemessage.com>
Sent: Saturday, August 26, 2023 7:46 AM
Subject: ***Request to Staff*** DILLARD, JONATHAN, Reg# 10080023, SET-E-A

To: warden
Inmate Work Assignment: disabled/unassigned

Here now comes Jonathan Dillard, applying for a companionate release. 10080-023/ EA -21 I am 56 years old. I have been in the system prior. Last released with time served/ in May 5th, of 2020 from Terminal Island. I was there from Nov. 2016 - May 5, 2020 Companionate released through the courts. Medical records available at the TI or i your suite to verify that I do require oxygen long-term, That I am a type 2 diabetic insulin dependent. I have other chronic issues that the Marshals did bother to have cleared before bringing me here. I have CVD, I have had heart attack confirmed by my old cardiologist at St. Alphonsus heart institute in Boise, Idaho. 83704. on Curtis rd.... I have pulmonologist whom as already declaimed that having me in jail or other facility such as this is a danger to my or health risk to my life and could be critical as I am supposed to be in a hospital bed to sleep and to rest or a reclyner type of raised conforming as I gave a rare ling disease they are still trying to figure out, I had an appointment with my Pulmonologist this week scheduled and the Marshals did bother to look into that either. As my lungs are full of fluid due to not having the proper medical bedding, while I was at the Jail. Again this can be confirmed by medical records. even some at the jail, as this nurse Jacob was not part of my medical team providers at the Ada county jail his interpitation should not be considered as valid and further records are recommended to ascertain. Again , However; Your own records show I have a lot of the qualifying conditions to have the companionate release. I am just sentenced for 6 months on a PV. for a 6 month term where the time from May 25, 2023 counts as time served, and after that my supervision is to be terminated, and my time is done, as today I have done enough time to consider this also as it is 3-6 months recommended; Judge had decide oin the 6 months to teach someomne a lesson, I highly doubt the lesson is to put my life at risk, like this; where the unit i am on has active covid -19 patinets with my health condtions. Please grant my requset foOr an compansionete release. Jonthan Dillard,10080-023, dated ths day of 08/25/2023

9-1-23

Jon Dillard

RE. NO. 23-1810    RE: USCA0

TRULINCS 10080023 - DILLARD, JONATHAN FREDRICK - Unit: SET-E-A

---

FROM: Warden
TO: 10080023
SUBJECT: RE:***Inmate to Staff Message***
DATE: 08/28/2023 12:17:02 PM

This is in response to your Inmate Request to Staff regarding Health Serivces.

Communication has been made with the Health Services Administrator and the Assistant Health Services Administrator in order to note your concern.

---

From: ~^! DILLARD, ~^!JONATHAN FREDRICK <10080023@inmatemessage.com>
Sent: Friday, August 25, 2023 7:00 AM
Subject: ***Request to Staff*** DILLARD, JONATHAN, Reg# 10080023, SET-E-A

To: warden
Inmate Work Assignment: disabled

I am Jonathan Dillard, I have been in the system a great any years, I am here on a PV. sentenced to 6 months at the and county jail time served since May 25, 2023 until now, today: being 8/25/2023. I do not understand why the Marshals had me come here as i am with several medical issues, such as I am supposed to be on oxygen, which your medical has declined in providing though it is on my records from my timein at TI from 2016-2020. I came here extremely ill from the Jail as they had just realized I had a UTI for 4 months and that was why I had collasped being entirely drained of fluids, dehydrated, and had to put me on IV and I have fluid in my lungs , and they had scheduled for to me my pulmonogist, again I am extrmemly ill, and I Have huge soars on my inner thighs and buttox, I am also an daibetic and 56 years old, Agaiun its not understyadable that I be here with Covid- 19 being so very avcive i the dorm you employees pout me in. I have already done 3months and the Probation asked fror 3 -6 months and then terminate my probation the JUdge gave mne 6 months to hbedoen inthe jail where I could have access to the doctors I ahve there, NOt sure why I got transfered here BU6t requesting to have an cmpansinate release from this facilty as again I am not erven strong enouhg to be doing myself and I am very ill, the fluyid ii my lungs now belong a huge issue with no oxygen , and your own records shoiwing I require it and I right now have that from phenumia with this person in ea 13 having covid an di amin ea 21 , please have some compansion onme and send me home for release . My famliy can confirm things also as well as the records from the jail , My sister elzabeth is my Poa. 208-713-1914. and my bnrtiher Micheal can confirm more, noe of us can understand why the marshals moved here having only 3 months laeft and it was agreed to be done at the ada ciounty jail in Boise, ID.

*Jonathan Dillard*
*9-1-23*

FROM: Warden
TO: 10080023
SUBJECT: RE:***Inmate to Staff Message***
DATE: 09/11/2023 05:27:03 AM

This is in response to your Inmate Request to Staff regarding the denial of your Compassionate Release.

You may file an Administrative Remedy BP9 in order to appeal, as your request was denied. You should have received a copy through mail or your Unit Team.

From: ~^! DILLARD, ~^!JONATHAN FREDRICK <10080023@inmatemessage.com>
Sent: Sunday, September 10, 2023 12:47 PM
Subject: ***Request to Staff*** DILLARD, JONATHAN, Reg# 10080023, SET-E-A

To: Warden H. Baron
Inmate Work Assignment: unassigned/disabled

Warden under the covid act that is of which is an active issue here at this fwcility and my chronic medical,issues wit the need for oxygen your own records show, plus the fsact my fsamily just sent the lower courts proof the medicalm clernce signed by a RN Jacob N. is not an Ada county personsal employee wo can athorize such n clesarnceand it lus a false doc. plus this fwscility wasprovide my medical records from ada county jail by lkawyer toalso show this, Iam not just needing oxygen to brath itis a matter of life sand desth and i have a cardovasluar deases as ewll and diwbetes that ius mnot treatedhere correctky as yet sir thsat i am ambultory problem as my cell mate washirde by your stsaff to aide me in daily life skils as i am nit well enough to that myself , yiour denyal of my reqyewst sir is in an insencece sir a denyal of my right to live and trhe medicl care your sytsaff in the bop csan provide and sgisan te move here was not onethat shiuld of ever hasppend and i now sit in limbo , as no one knows if the us marshals are givung me thecdiesl trwqtment and ifso coukd cost me my life as such sir I ask you to reconsidr agsain your posstion on my compasntione release expedited as i do, AGAIN I DO MEET ALL THE CRITREA FOR TJIS And i am no tresat to anyone but x lawyer nd his friends for tell9ing on what they did wrongfully. sir.And illegally sir.

RE: Case. 1:15-CR-00170-DCN

To whom it may concern,　　　　　　　　　　09/12/2023

I, Alexander LeCheminant, do attest that Jonathan Dillard does have and use a cane and wheelchair. I also do attest that Jonathan Dillard did fall while trying to close the door and needed my help to stand. I also do attest that Jonathan Dillard has trouble with and needs my help to open packages due to weakness in his hands. I do swear that these things are true.

Signed,
*Alex LeCheminant*
Alexander LeCheminant