JOSHUA D. HURWIT
UNITED STATES ATTORNEY
KASSANDRA MCGRADY, IDAHO STATE BAR NO. 8455
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN DILLARD,<br><br>Defendant. | Case No. 1:15-cr-00170-DCN<br><br>**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

The United States of America, by and through Joshua D. Hurwit, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, hereby objects to the Defendant's Motion for Compassionate Release (ECF No. 192). The motion should be denied because the Defendant has not exhausted his administrative remedies.

According to 18 U.S.C. § 3582(c)(1)(A), the Court can only consider a defendant's motion for compassionate release if they have exhausted their administrative remedies by requesting compassionate release from the warden. Once a request is made to the warden, a defendant must wait 30 days before requesting compassionate release from the court. *Id*.

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE
RELEASE - 1

The Government confirmed with the Bureau of Prisons that the Defendant has not requested compassionate release from the warden. The Defendant's last request for compassionate relief to the warden was when he was in custody in 2019.

The Defendant's motion is difficult to read, but from what the Government can tell, he does not allege that he requested compassionate relief from the warden. His motion is not ripe, and it should be denied.

Respectfully submitted this 5th day of October, 2023.

        JOSHUA D. HURWIT
        UNITED STATES ATTORNEY
        By:

        */s/ Kassandra McGrady*
        KASSANDRA MCGRADY
        Assistant United States Attorney

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE - 2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 5, 2023, the foregoing **GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** was electronically filed with the Clerk of the Court using the CM/ECF system, and that a copy was served on the following parties or counsel by:

| | |
|---|---|
| Jonathan Dillard, Reg. No. 10080-023<br>FDC SeaTac<br>Federal Detention Center<br>P.O. Box 13900<br>Seattle, WA 98198 | ☒ United States Mail, postage prepaid<br>☐ Fax<br>☐ ECF filing<br>☐ E-mail |

　　　　　　　　　　　　　　　　　　　　　/s/ Dakota Creek
　　　　　　　　　　　　　　　　　　　　　Legal Assistant