United States Courts
District of Idaho

United States of America
Plaintiff

v.

Jonathan Dillard
Defendant

Case No: 1:15-CR-00170 DCN

Motion for Decision on Compassionate Release Request to Be Made upon no later than the deadline of Oct. 19, 2023 if Your honor is so inclined please.

Here Now comes Jonathan Dillard, Defendant and Proceeds upon Request of Mercy and Compassion that the U.S. Attorneys office has stated no dispute to all the the reasons I have given for Both medical Health And severity of ~~the~~ nor

or Any of the legal
Aspects of my strange
way of Presenting For
this Hearing And the
oddity of this entire
case. I Request that
Kindness of Craig Durham
offer to Aide me freely
Be shown in Retrospect
and he Be Allowed to
Aide others like that Facility
or this one FDC Seatac.
But I Believe the
Fact I have shown so many
different facets (both legal
Reasons) have for the sake
of Reason to have this
All Ended once and for
All. That we can later
work together to Bring a bout
the change of procedures
to Better our Society or
the Education of A wrtizen Act
of such now uses me as
a running tool or example

But In the Interest to NOT Draw this out and SAVE the Courts time Sir.

The US Attorney's only Quarrel was the one looked Date Found on pg 8of9 my 9of9 plus the Exhibits I Just filed of Remedies Jaeylt Showing the Original Date of my Request to the Warden For (no compromise) Release to Be on 8/26/2023 At 7:36am Docket No 192 Document Clk No: 22-1810 Attachment B.1 pge 8of9 and 9of9. Sir the Wardens Response Shown AS Dated 8/24/2023 At Near Noon & pm email is prior to the Date of 9/5/2023 Before the filing date of said Request to these Courts on 9/5/23.

Sir. I will Follow Proper procedure And All is Burdens met, Your Honor on my Part Sir. FAS

That was All that the US Attorney had Quiver of on About I request any Bureau or that also is Shown And Ask to Find the key Factor on All Ive Requested our two occd Request of Compensation Sir,

Fun what else is there. Lemon on Other Side Sir. Mercy. there is no more Reasons to Allow Such Suffering upon An Innocent Man!! Please Sir.

Have I not Been Put through Enough mercilessly. My safely And Freedoms curse Recieved ever burden up By Cops Sir.

Can we say enough Please Sir. Find it on your heart to Also have no disputes on this Release me immediately

For the Severity of my Health to Expedite Your Decision Sir.
Receiving the Written Disputed anything else in the Back Sir.
I am Not Guilty and Z Do Not Deserve any Such minor Suffering to Continue, I forward the proper protocols Sir.
I've Asked for 3 copies of the Witness hand copy of Denial of the Request for Expedited and Barely Stated on 9/1/23 And Signed out on 9/5/23 Same Date different times. But All with no true perusing of Rules And Laws Concerning the Circumstances Sir.
Please, No more Now. Let it Be done. Find me Not Guilty Dismiss this Criminal Case All Cyber

Please find me not
Faicu, I'm not guilty,
Dropped all Charges, Dismiss
the Entire Criminal Case Sir.
Expunge it From my Record.
And Release me
to my Home, Sir.
Expeditiously Due to
the Scarcity of the
situation here And
my ~~Health~~ Sir.
Healthy Sir.

If Curie wants he can
Provide you the medical
Records if sworn
with And the written
Statements of the Inmates
How I'm made to
Suffer here.
But not to Act on Any
Legal official level,
Sust to do it
Sust Because Sir.

Sincerely,

Jonathan Nelums
10-7-23